## Barnes *verf.* Greenleaf.

THE Queftion in this Cafe was, whether Mr. Wheelwright fhould be admitted as a Witnefs. The Action was brought againft Greenleaf (Sheriff) for an infufficient Service of a Writ upon which the Return ftood thus : " I have attached the Defendant, and taken Mr. Wheelwright's Word for his Appearance." (1) Mr. Wheelwright was offered

*Margin notes:*

1763.
DERUMPLE
*v.*
CLARK.

DANIELS
*v.*
BULLARD.
Rec. 1763.
Fol. 106.

BARNES
*v.*
GREENLEAF.
Rec. 1763.
Fol. 23.

An Officer who difcharges a Defendant from Arreft in Confideration of the Promife of a third Perfon for his Appearance, can

---

(1) The return as fet forth on record is as follows :
" Suffolk fs.   Bofton, June 17, 1762. I attached the body of the within

**1763.**

BARNES
*v.*
GREENLEAF.

maintain no
Action on
fuch Promife;
and fuch Per-
fon is there-
fore a compe-
tent Witnefs
for the Officer
in an Action
for the infuffi-
cient Service.

offered to prove that at the Plaintiff's Confent the Prifoner was difmiffed. He was objected to, becaufe 'twas faid the Sheriff would recur to him, if he loft in this Action. But 'twas anfwered, there could be no fuch Recourfe, for the Sheriff deviating from the Path of his Duty muft expect the Confequence. (2) He was admitted and fworn.*

* Vid. 4 Bac. Ab. 462, 463, top. (4)

———————

within named Thomas Carnes, and Nathaniel Wheelwright Efq. gave his word for his appearance at Court.

BENJA: CUDWORTH,
*Deputy Sheriff.*"

(2) S. P. *Denny* v. *Lincoln*, 5 Mafs. 385. In that cafe the officer forbore to arreft, upon a promife by a third party to deliver the debtor to him at a day named. *Parfons*, C. J. " It is to be regretted that officers having a plain path before them will not purfue it. If they deviate from it, it muft be at their own peril, and they cannot protect themfelves againft the damages arifing from a breach of official duty by any collateral ftipulation for indemnity." See alfo 4 Mafs. 370. But taking receipts for property attached, or notes in confideration of forbearing to attach, is confiftent with the officer's duty. *Fofter* v. *Clark*, 19 Pick. 329. And fuch receiptor has been held incompetent through intereft. 23 Pick. 86.

